

## NUMBER 13-16-00664-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**IN RE JAMES R. HARRIS, IN HIS CAPACITY
AS PRESIDENT AND CHAIRMAN OF THE BOARD OF SOUTH BAY
CORPORATION AND LAMB OIL & GAS, INC., SOUTH BAY
CORPORATION, AND LAMB OIL & GAS, INC.**

**On Petition for Writ of Mandamus.**

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Perkes
Per Curiam Order**

Relators, James R. Harris, in his capacity as President and Chairman of the Board of South Bay Corporation and Lamb Oil & Gas, Inc., South Bay Corporation, and Lamb Oil & Gas, Inc., filed a petition for writ of mandamus in the above cause on December 6, 2016. Through this original proceeding, relators seek to compel the trial court to issue findings of fact and conclusions of law regarding its disqualification order of October 25, 2016. The Court requests that the real parties in interest, Jeffery Scott Harris, Suzette

Harris, William Harris, Christiana Harris, Frances Harris, and Andrew Harris, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

    IT IS SO ORDERED.

                                                PER CURIAM

Delivered and filed the
8th day of December, 2016.